# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO DOMESTIC RELATIONS PROCEDURAL RULES COMMITTEE

:   NO. 643
:
:   CIVIL PROCEDURAL RULES DOCKET
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1ST day of June, 2016, Jennifer P. Bierly, Esquire, Centre County, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years.